FILED
February 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002418023

Thomas P. Hogan (95055)
Law Office of Thomas P. Hogan
1207 13th St., Ste. 1
Modesto, CA 95354

Phone: (209) 492-9335
Fax: (209) 492-9356

Attorney for Debtor(s),
Gerald and Claudia Lawler

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
Modesto Division

IN RE:

GERALD LAWLER and
CLAUDIA LAWLER,

Debtor(s).

Case No.    09-90140
DCN:        TPH-001

Date:       March 31, 2010
Time:       10:30 a.m.
Place:      1200 I St., Ste.4
            Modesto, CA

Dept:       E

## MOTION TO ABANDON DEBTOR S' REAL PROPERTY

Debtors hereby request, pursuant to Federal Rules of Bankruptcy Procedure, Rule 6007 (b), an order abandoning their real property located at 2260 Swan Park, Turloc, California, for the reasons set forth in the declaration of debtors, filed concurrently herewith.

Dated: 2/11/10

Law Office of Thomas Hogan

Thomas P. Hogan, Esq.
Attorney for Debtor(s)