FILED
February 15, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002418022

Thomas P. Hogan (95055)
Law Office of Thomas P. Hogan
1207 13th St., Ste. 1
Modesto, CA 95354

Phone: (209) 492-9335
Fax: (209) 492-9356

Attorney for Debtor(s),
Gerald and Claudia Lawler

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
Modesto Division

IN RE:

GERALD LAWLER and
CLAUDIA LAWLER,

    Debtor(s).

Case No.   09-90140
DCN:        TPH-001

Date:       March 31, 2010
Time:      10:30 a.m.
Place:     1200 I St., Ste.4
           Modesto, CA

Dept:      E

## DECLARATION OF DEBTORS, GERALD AND CLAUDIA LAWLER, IN SUPPORT DEBTORS' MOTION TO ABANDON DEBTORS' REAL PROPERTY

We, Gerald and Claudia Lawler, declare:

1. We are the debtors in the above-referenced case. We state the following facts on our own personal knowledge and know them to be true, except those facts stated on information and belief, which facts we are informed and believe to be true.

2. We filed a Chapter 7 proceeding in this jurisdiction on January 22, 2009.

3. At the time of filing the Chapter 7 proceeding we intended to retain our residence with 1st and 2nd mortgages owing to Wells Fargo Bank.

4. On February 11, 2009, we amended the Statement of Intention to surrender the real property.

5. Wells Fargo Bank filed a Motion for Relief from the Automatic Stay which was granted by minute order on June 26, 2009.

1

6. There is currently a short sale pending for the real property. Wells Fargo requires an order from this court to complete the sale.

7. The total of the 1st and 2nd mortgages, $900,000.00 and $248,283.00 respectively, exceed the selling price of $750,000. We will receive no funds from this transaction.

We declare under penalty of perjury that the foregoing is true and correct and if called as a witness we would testify competently thereto.

Executed this 12th day of February, 2010 at Modesto, California.

*Gerald Lawler*
Gerald Lawler

*Claudia Lawler*
Claudia Lawler